UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                                                          MDL No. 2800

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −54)**

On December 6, 2017, the Panel transferred 76 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1322 (J.P.M.L. 2017). Since that time, 242 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 6, 2017, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: EQUIFAX, INC., CUSTOMER DATA  
SECURITY BREACH LITIGATION                                   MDL No. 2800

### SCHEDULE CTO−54 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 19−07986 | Rochelle Anita Johnson v. Equifax, Inc. |
| FLORIDA SOUTHERN | | | |
| FLS | 9 | 19−81424 | Gibson v. Equifax Information Services, LLC |
| NEVADA | | | |
| NV | 2 | 19−01835 | Imran v. Equifax Information Services LLC |
| NV | 2 | 19−01836 | Iqbal v. Equifax Information Services, LLC |
| NV | 2 | 19−01840 | Mahipus, Jr. v. Equifax Information Services, LLC |
| NV | 2 | 19−01844 | Mahipus v. Equifax Information Services LLC |
| NV | 2 | 19−01846 | Mosley v. Equifax Information Services LLC |
| NV | 2 | 19−01847 | Osthimer v. Equifax Information Services, LLC |
| NV | 2 | 19−01848 | Hernandez v. Equifax Information Services LLC |